1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11
12

JD BOLS,

13                              Plaintiff,

14            vs.

15

16  Gavin Newsom, in his official capacity as
    Governor of California; Xavier Becerra, in his
17  official capacity as the Attorney General of
    California; Sonia Y. Angell. M.D., in her official
18  capacity as the Director of State Public Health
    Officer; Kevin Faulconer, in his official capacity as
19  Mayor of San Diego, Wilma J. Wooten M.D.
    M.P.H.in her official capacity as Medical Officer
20  for the County of San Diego, Nathan Fletcher, in
    his official capacity as member of the San Diego
21  Board of Supervisors, Kristen Gaspar in her
    official Capacity as a Member of the San Diego
22  Board of Supervisors, Jim Desmond, in his official
    capacity as a member of the San Diego Board of
23  Supervisors, Greg Cox, in his official capacity as a
    member of the San Diego Board of Supervisors
24  and Dianne Jacob in her official capacity as a
    member of the San Diego County Board of
25  Supervisors, William Gore in his official capacity
    as San Diego Sheriff.
26                              Defendants.
27
28

)
)
)  CASE NO.  20-CV-00873-BEN-BLM
)
)  Assigned for All Purposes to:
)  Judge: Hon. Roger T. Benitez
)  Magistrate Judge: Hon. Barbara L. Major
)
)  **ORDER GRANTING JOINT MOTION**
)  **TO EXTEND TIME FOR PLAINTIFF TO**
)  **FILE, AND FOR DEFENDANTS TO**
)  **RESPOND TO, THE FIRST AMENDED**
)  **COMPLAINT**
)
)  Complaint Filed:  May 8, 2020
)  Trial Date:  None Set
)
)
)  **[Doc. No. 38]**
)
)
)
)
)
)
)
)
)
)
)
)

1

The Court has considered the parties' Joint Motion to extend the deadlines for filing and responding to the First Amended Complaint.  For good cause shown, the Motion is GRANTED.  The Plaintiff shall have until August 10, 2020, to file his First Amended Complaint. Defendants Gavin Newsom, in his official capacity as Governor of California, Xavier Becerra, in his official capacity as the Attorney General of California, and Sonia Y. Angell, M.D., in her official capacity as the State Public Health Officer and Director of the California Department of Public Health (collectively "State Defendants"), Defendants Wilma J. Wooten, M.D. M.P.H., in her official capacity as Medical Officer for the County of San Diego, Nathan Fletcher, Kristen Gaspar, Jim Desmond, Greg Cox, and Dianne Jacob, in their official capacities as Members of the San Diego County Board of Supervisors, William Gore in his official capacity as San Diego County Sheriff (collectively, "County Defendants"), and Defendant Kevin Faulconer, in his official capacity as Mayor of the City of San Diego, shall have until thirty (30) days after the filing of the First Amended Complaint to file a responsive pleading to that complaint.  No further continuances will be granted without just cause.

**IT IS SO ORDERED.**

DATED:  August 5, 2020                    By: _____

**HON. ROGER T. BENITEZ**
United States District Judge