UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JD BOLS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California, et al.,<br><br>        Defendants. | Case No.: 20-CV-873-BEN-BLM<br><br>**ORDER DENYING MOTION TO APPEAR TELEPHONICALLY OR BY VIDEOCONFERENCE**<br><br>**[ECF No. 62]** |

Defendants Gavin Newsom, in his official capacity as Governor of California; Xavier Becerra, in his capacity as Attorney General of California; Erica Pan, M.D., in her official capacity as the Acting State Public Health Officer; and Sandra Shewry, in her official capacity as Acting Director of the California Department of Public Health (collectively, the "State Defendants"), have filed a motion requesting their counsel be allowed to appear telephonically or by videoconference for the hearing in this matter scheduled for December 16, 2020. The motion is **DENIED**. In-person appearance by counsel for the State Defendants is necessary to ensure the fairness of the proceedings in this matter. *See* Order of the Chief Judge No. 52-A, filed December 9, 2020.

    **IT IS SO ORDERED.**

Dated: December 10, 2020

                                                      _____
**HON. ROGER T. BENITEZ**
United States District Judge